UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TRUSTEES OF THE EMPIRE STATE
CARPENTERS WELFARE, PENSION, ANNUITY,
APPRENTICESHIP, CHARITABLE TRUST,
LABOR MANAGEMENT COOPERATION,
and SCHOLARSHIP FUNDS,

**JUDGMENT**
CV-11-0379 (ADS)(WDW)

Plaintiff,

- against -

JAY-KAY CONSTRUCTION, INC.,

Defendant.

-------------------------------------------------------------X

An Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on November 4, 2011, dismissing and closing this case for failure to prosecute, it is

**ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendant; that this case is dismissed; and that this case is hereby closed.

Dated: Central Islip, New York
       November 17, 2011

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                                By:     /s/ Catherine Vukovich
                                        Deputy Clerk